■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LENT, Appellant. [783 NYS2d 863]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rienzi, J.), rendered May 22, 2003 convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Krausman, J.P., Luciano, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HANS LEVEILLE, Appellant. [783 NYS2d 864]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered May 15, 2002, convicting him of rape in the first degree (two counts), sexual abuse in the first degree (five counts), and incest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that the Supreme Court erred in admitting testimony of a "prompt outcry" of sexual assault (*see* CPL 470.05 [2]; *People v Tevaha*, 84 NY2d 879 [1994]; *People v Medina*, 53 NY2d 951 [1981]). In any event, the Supreme Court properly admitted the testimony (*see People v Shelton*, 1 NY3d 614 [2004]; *People v McDaniel*, 81 NY2d 10 [1993]).

The defendant's remaining contentions are without merit. Ritter, J.P., Smith, Goldstein and Lifson, JJ., concur.